UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHERIDAN T. BROWN, <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF GRANTHAM, PETER GARLAND and JEREMY WALLA, <br><br> Defendants. | Docket No. |

## NOTICE OF REMOVAL

Defendants Town of Grantham, Peter Garland, and Jeremy Walla, by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby provide notice of the removal of the above-captioned matter from the Superior Court of Sullivan County, New Hampshire, Case No.: 220-2025-cv-00096, to the United States District Court for the District of New Hampshire. In support of their position that this matter is removable, Defendants state as follows:

1. The Town of Grantham, Peter Garland, and Jeremy Walla are defendants in a civil action brought in the Superior Court of New Hampshire, Sullivan County, captioned <u>Sheridan T. Brown v. Town of Grantham, Peter Garland, and Jeremy Walla</u>, Docket No. 220-2025-cv-00096 (hereinafter, the "State Court Action").

2. On or about August 19, 2025, Defendants were served with a copy of the Summons and Complaint in the State Court Action. Pursuant to 28 U.S.C. § 1446(a), Defendants are filing herewith a copy of the Complaint that was served upon them. *See* Pl's Compl. (Exhibit A).

3. Defendants have not yet filed an Answer to the Complaint in the State Court Action. This Notice of Removal is filed within thirty (30) days after receipt by Defendants of a copy of the initial pleading setting forth the claim upon which such action or proceeding is based, as required by 28 U.S.C. § 1446(b).

4. The State Court Action is a suit of a wholly civil nature brought in the Superior Court of New Hampshire, Sullivan County. The United States District Court for the District of New Hampshire is the proper forum and venue to which this action may be removed under the provisions of 28 U.S.C. §§ 109 and 1441(a).

5. This District Court has original jurisdiction to this action pursuant to 28 U.S.C. § 1331 because the Complaint alleges a cause of action under 42 U.S.C. § 1983, the federal law colloquially known as the Civil Rights Act of 1871. Plaintiff also asserts several claims arising out of the federal constitution and federal rights that he alleges were violated.

6. Pursuant to 28 U.S.C. § 1331, the United States District Court for the District of New Hampshire "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Removal of this action is not prohibited by 28 U.S.C. § 1445.

8. Pursuant to 28 U.S.C. § 1446(d), Defendants will give written notice of this Notice of Removal to Plaintiff and will file a copy of this Notice of Removal with the clerk of the Superior Court of the State of New Hampshire, Sullivan County, after they have filed this Notice of Removal with this Court.

Dated: September 17, 2025

        Respectfully submitted,

        Town of Grantham, Peter Garland,
        and Jeremy Walla

        MORRISON MAHONEY LLP

    By    /s/ *Adam R. Mordecai*
        Adam R. Mordecai, #17727
        amordecai@morrisonmahoney.com
        Center of New Hampshire Office Tower
        650 Elm Street, Suite 201
        Manchester, NH 03101
        Phone: 603-622-3400
        Fax:    603-622-3466

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on the following persons on this date in the manner specified herein:

Sheridan T. Brown, Esq. (*pro se*)
    via email: sb@sheridanbrownlaw.com
    via USPS: PO Box 1656, Grantham, NH 03753-1656

        /s/ Adam R. Mordecai
        Adam R. Mordecai, #17727
        William A. Pearson, #272298